**MANDATE**

*Conn/NHct*
*00-CR-263*
*Hall*



1     UNITED STATES COURT OF APPEALS
2         FOR THE SECOND CIRCUIT

2005 JUL 22 P 1:59

4         **SUMMARY ORDER**
5

6     THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER
7     AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY
8     OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY
9     OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED
10    CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES
11    JUDICATA.
12
13         At a stated term of the United States Court of Appeals for
14    the Second Circuit, held at the Thurgood Marshall United States
15    Courthouse, at Foley Square, in the City of New York, on the
16    15th day of October, two thousand and four.
17
18    PRESENT:
19
20         Hon. John M. Walker, Jr.,
21                   Chief Judge,
22         Hon. Pierre N. Leval,
23         Hon. Robert A. Katzmann,
24                   Circuit Judges.
25
26
27    ----------------------------------------------X
28
29    UNITED STATES OF AMERICA,
30
31                   Appellee,
32
33         v.
34                              No. 02-1148(L), 02-1754(CON),
35                              02-1756 (CON), 03-1014(CON),
36                              03-1148(CON) 03-1408(CON)
37
38    KELVIN BURDEN, also known as Waffle, also known as Uncle, also
39    known as Unc, DAVID 4 BURDEN, also known as DMX, also known as X,
40    ANTHONY BURDEN, also known as Mackey, also known as Tony, WILLIE
41    PREZZIE, also known as Prez, also known as Dog, ANTHONY BUCHANAN,
42    also known as Jungle, TERRENCE THOMPSON, also known as Creed,
43    MICHAEL SAWYER, also known as Michael Moss, TERRA NIVENS, also
44    known as Stink, also known as Stinkfinger, FRANK KNIGHT, also
45    known as Ace, also known as Groovy, DWIGHT MASCHECK, also known

1

1  as Shorty, JERMAINE MARTIN, also known as Psycho, ANDRE
2  MCCLENDON, also known as Popsicle, MICHAEL GLENN, also known as
3  Rockafella, DAVID 17 BURDEN, also known as Quinten, also known as
4  Sid, JOSEPH DANIELS, also known as Digital, LAVON GODFREY, ALVIN
5  WHITE, also known as Uncle Lee, ANDRE DAWSON, also known as Yup
6  Yup, JAHOD NASH, also known as Hottie Jig, JEFFREY FREDERICKS,
7  also known as JL, also known as Dahmer, MARK CALDWELL, also known
8  as Sparks, KEVIN HAMLETTE, also known as Fresh, ERNEST EUGENE
9  WELDON, also known as Gene, also known as Mean Gene, also known
10 as Mean One, THOMAS HOLMAN, also known as Uno, ADAM SANDERS, also
11 known as AD, KENDAL MULLINS, also known as K-Nice, THOMAS FAGAN,
12 JOSEPH DARDEN, JEFFREY LOCKHART, LAMONT BROWN, also known as L,
13 St. CLAIR BURDEN, also known as Gowser, also known as Boo Boo,
14 also known as GP, CEDRIC BURDEN, also known as Sid, ANTONIO
15 WILLIAMS, also known as LO LO, KEITH LYONS, also known as Papa
16 Large, also known as Pops, BARNEY BURDEN, also known as Buddy,
17 also known as Buddy Rock, also known as Rock, DEMETRIUS STORY,
18 LESLIE WAYNE CARLOS, also known as Cheetah, and TODD SUMMERVILLE,
19
20                        Defendants,
21
22 TERRENCE BOYD, JERMAINE BUCHANAN, also known as Ski, ANGEL
23 CABRERA, also known as Cheeks, ROBERT JONES, also known as
24 Swinger, and PATRICE St. SURIN, also known as Patrick, also known
25 as Watty Wat,
26
27                   Defendants-Appellants.
28
29 ---------------------------------------------X
30
31 APPEARING FOR APPELLEE:              BRIAN E. SPEARS,
32                                      Assistant United States
33                                      Attorney (Kevin J.
34                                      O'Connor, United States
35                                      Attorney for the District
36                                      of Connecticut, William
37                                      J. Nardini, Assistant
38                                      United States Attorney on
39                                      the brief) Hartford, CT,
40                                      for Appellee.
41
42 APPEARING FOR APPELLANT:             BERNARD V. KLEINMAN,
43                                      White Plains, NY, for
44                                      Defendant-Appellant St.
45                                      Surin.

                              2

1    Appeal from the United States District Court for the
2    District of Connecticut (Janet C. Hall, _Judge_).

3

4    **UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND**
5    **DECREED** that the judgment of the district court be and it hereby
6    is **AFFIRMED.**

7    Defendant-Appellant Patrice St. Surin appeals from the order
8    of the United States District Court for the District of
9    Connecticut (Janet C. Hall, _Judge_) denying St. Surin's motion for
10   an acquittal notwithstanding the verdict pursuant to Fed. R.
11   Crim. P. 29(c).  St. Surin was found guilty by a jury of
12   conspiracy to possess with intent to distribute 50 grams or more
13   of cocaine base and 5 kilograms or more of cocaine in violation
14   of 21 U.S.C. §§ 846 and 841(b)(1)(A) and sentenced principally to
15   a 188-month term of imprisonment, followed by five years of
16   supervised release and a $5,000.00 fine.

17   St. Surin first argues that the evidence against him was
18   insufficient to sustain a guilty verdict. We disagree.  St.
19   Surin incorrectly asserts that the only evidence connecting him
20   to the drug conspiracy was the testimony of Eugene Weldon, an
21   accomplice.  The government, however, corroborated Weldon's
22   testimony with wire interceptions, pen-register data, and video
23   surveillance.  Further, in this circuit, a conviction may be
24   sustained on the basis of the testimony of a single accomplice
25   without corroboration.  United States v. Diaz, 176 F.3d 52, 92
26   (2d Cir. 1999).  Here, we easily conclude that the evidence was
27   legally sufficient to support the jury verdict.

28   St. Surin also seeks a new trial because the government
29   allegedly failed to turn over discoverable material in a timely
30   fashion in violation of the Jencks Act, 18 U.S.C. § 3500, and
31   Fed. R. Crim. P. 26.2, and because after the government turned
32   over the material, the district court failed to strike the
33   testimony of a government witness, Anthony Burden.  The day after
34   Burden testified, the government turned over discoverable
35   material — Burden's grand-jury testimony in an unrelated case —
36   that it had inadvertently omitted to turn over earlier.

37   Under the circumstances, we find any error by the government
38   to be harmless.  Burden testified only about dealing with Weldon,
39   not with St. Surin.  Moreover, there was no material inconsis-
40   tency between Burden's grand-jury testimony in the unrelated case
41   and his testimony at trial.  And finally, the defendant was
42   offered the opportunity to have Burden recalled for
43   cross-examination on the basis of the grand-jury testimony and he
44   declined the offer.

3

1    Accordingly, and for the foregoing reasons, the judgment of
2  the district court is hereby **AFFIRMED**.

3

4                        FOR THE COURT:

5                        Roseann B. MacKechnie, Clerk

6

7

8                        By _Lucille Carr_

9                        Lucille Carr, Deputy Clerk

10

11

12

                                        A TRUE COPY
                               Roseann B. MacKechnie, CLERK
                      4        by _Ralph Abba_
                                     DEPUTY CLERK