UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# ORDER

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 18th day of July, two thousand and five.

PRESENT:

    Hon. John M. Walker, Jr.,
        Chief Judge,
    Hon. Pierre N. Leval,
    Hon. Robert A. Katzmann,
        Circuit Judges.

------------------------------------------------X

UNITED STATES OF AMERICA,

        Appellee,

    v.

        No. 02-1148(L), 03-1014(CON), 03-1408(CON)

KELVIN BURDEN, also known as Waffle, also known as Uncle, also known as Unc, DAVID 4 BURDEN, also known as DMX, also known as X, ANTHONY BURDEN, also known as Mackey, also known as Tony, WILLIE PREZZIE, also known as Prez, also known as Dog, ANTHONY BUCHANAN, also known as Jungle, TERRENCE THOMPSON, also known as Creed, MICHAEL SAWYER, also known as Michael Moss, TERRA NIVENS, also known as Stink, also known as Stinkfinger, FRANK KNIGHT, also known as Ace, also known as Groovy, DWIGHT MASCHECK, also known as Shorty, JERMAINE MARTIN, also known as Psycho, ANDRE MCCLENDON, also known as Popsicle, MICHAEL GLENN, also known as Rockafella, DAVID 17 BURDEN, also known as Quinten, also known as Sid, JOSEPH DANIELS, also known as Digital, LAVON GODFREY, ALVIN WHITE, also known as Uncle Lee, ANDRE DAWSON, also known as Yup Yup, JAHOD NASH, also known as Hottie Jig, JEFFREY FREDERICKS, also known as JL, also known as Dahmer, MARK CALDWELL, also known as Sparks, KEVIN HAMLETTE, also known as Fresh, ERNEST EUGENE WELDON, also known as Gene, also known as Mean Gene, also known as Mean One, THOMAS HOLMAN, also known as Uno, ADAM SANDERS, also known as AD, KENDAL MULLINS, also known as K-Nice, THOMAS FAGAN, JOSEPH DARDEN, JEFFREY LOCKHART, LAMONT BROWN, also known as L,

Certified 7-19-05

St. CLAIR BURDEN, also known as Gowser, also known as Boo Boo, also known as GP, CEDRIC BURDEN, also known as Sid, ANTONIO WILLIAMS, also known as LO LO, KEITH LYONS, also known as Papa Large, also known as Pops, BARNEY BURDEN, also known as Buddy, also known as Buddy Rock, also known as Rock, DEMETRIUS STORY, LESLIE WAYNE CARLOS, also known as Cheetah, and TODD SUMMERVILLE,

                Defendants,

TERRENCE BOYD, JERMAINE BUCHANAN, also known as Ski, ANGEL CABRERA, also known as Cheeks, ROBERT JONES, also known as Swinger, and PATRICE ST. SURIN, also known as Patrick, also known as Watty Wat,

                Defendants-Appellants.

-----------------------------------------------------------X

    In response to this court's Special Order of Inquiry entered February 7, 2005, attorney Alvy informed the court that Appellant Robert Jones seeks a remand for consideration of whether he should be resentenced in light of United States v. Booker, 125 S. Ct. 738 (2005), and this court's decision in United States v. Crosby, 397 F.3d 103 (2d Cir. 2005).

    Upon due consideration, it is hereby ORDERED that the request for a remand is DENIED because the appellant knowingly and voluntarily waived his right to appeal. See U.S. v. Haynes, No. 04-6684, __ F.3d __, 2005 WL 1384333, 2005 U.S. App. LEXIS 11058 (2d Cir. June 13, 2005) (per curiam) (enforcing waiver of appeal in face of preserved Booker challenge); United States v. Morgan, 406 F.3d 135 (2005) (enforcing waiver of appeal in face of unpreserved Booker challenge).

    The disposition in the orders previously issued in connection with this appeal is hereby made part of this order and is fully effective. The mandate shall issue forthwith.

                FOR THE COURT:
                Roseann B. MacKechnie, Clerk

                By: *Lucille Carr*
                Lucille Carr, Deputy Clerk