# BERNARD V. KLEINMAN
## ATTORNEY - AT - LAW
TWO GANNETT DRIVE, SUITE 102
WHITE PLAINS, NY 10604-3404

TEL: (914) 644-6660   E-MAIL: ATTRNYLWYR@YAHOO.COM   FAX: (914) 644-6661)

2007 SEP 20 A 11: 14

September 10th, 2007

Hon. Janet Hall
U.S. District Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

    Re: United States v. Boyd, 00-cr-00263

Your Honor,

    On or about March 27th, 2007, I notified the Court of the remand to Your Honor, from the Second Circuit, for Mr. Patrick St. Surin's re-sentencing pursuant to *Booker/Fanfan*.

    According to the Court's order, any comments by counsel were to be submitted no later than April 25th, 2007. Unfortunately, I recently discovered that my now long-since discharged secretary failed to mail out both to the Court and the U.S. Attorney my written comments.

    According to PACER the Court has not yet made a determination as to re-sentencing. I would respectfully request that counsel be given permission to re-submit what was prepared and never received by the Court, and that a new re-sentencing date be set.

                                          Respectfully yours,

                                          Bernard V. Kleinman

cc:  Peter Markle, Esq.
     Office of the U.S. Attorney
     157 Church Street
     New Haven, CT 06510