UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:00CR263(JCH) |
| | : | |
| v. | : | |
| | : | |
| PATRICE ST. SURIN | : | September 27, 2007 |

### GOVERNMENT'S MOTION ON CONSENT FOR ADDITIONAL TIME

The United States of America, through its undersigned Assistant United States Attorney, hereby moves this Court, out of time, for additional time to file a memorandum in connection with the pending *Crosby* remand from the Second Circuit.

On April 4, 2007, this Court entered an order setting a schedule for the simultaneous filing of memoranda concerning whether the Court should re-sentence the defendant as a result of the remand from the Court of Appeals pursuant to *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005). The Court's schedule called for simultaneous submissions to be filed on or before April 25, 2007. On September 20, 2007, the defendant filed a motion for additional time to file its submission, which the Court granted on September 21, 2007, giving the defendant until September 28, 2007 to file its submission. See Docket Numbers 1838, 1839.

The government inadvertently did not file a submission in connection with this matter. The attorney for the government who handled the trial of this matter has left the U.S. Attorney's Office, and the undersigned Assistant United States Attorney is unfamiliar with all the facts of this defendant's case. As a result, the undersigned requests a brief extension of time to obtain all the pertinent materials, decide whether to file a memorandum on behalf of the government and, if so, to draft such a memorandum. Accordingly, the government makes this request, out of time,

for an additional thirty days from the date of this motion to file a memorandum in connection with the pending *Crosby* remand.

The undersigned consulted with counsel for the defendant, who consented to the government's request for additional time. The government similarly has no objection to the defense being given the same amount of additional time to file its submission in this matter.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


/S/
PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT26654
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
(203) 579-5575 (fax)

## **CERTIFICATION**

      I hereby certify that on September 27, 2007, a copy of the foregoing was sent by facsimile and first class mail to the following counsel of record:

Bernard V. Kleinman
Two Gannett Drive, Suite 102
White Plains, NY 10604-3404
914-644-6660
Fax: 914-644-6661

                                       /S/
                                       PAUL A. MURPHY
                                       ASSISTANT UNITED STATES ATTORNEY