UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:00CR263(JCH) |
| v. | : | |
| PATRICE ST. SURIN | : | October 25, 2007 |

### MOTION ON CONSENT FOR DISCLOSURE AND ADDITIONAL TIME

The United States of America, through its undersigned Assistant United States Attorney, hereby moves this Court for an order permitting U.S. Probation to turn over a copy of the presentence report ("PSR") in the above-referenced matter to the Government so that the Government may draft and file a memorandum in connection with the pending *Crosby* remand proceeding. In addition, the Government seeks additional time to file such a memorandum in this matter. In support, the Government notes the following:

This case was part of a larger multi-defendant case before this Court. The attorney for the Government who was primarily responsible for this matter has left the U.S. Attorney's Office, and the undersigned Assistant United States Attorney is unfamiliar with all the facts of this defendant's case. The Government's files relating to the overall investigation and prosecution are voluminous, and the undersigned has not located the PSR relating to this defendant. The Probation office is in a position to provide the undersigned with a copy of the PSR, but requires an order from the Court to do so. Accordingly, the Government requests an order permitting Probation to make such disclosure of the PSR to the Government.

Because the undersigned has not yet reviewed all the information needed to file an appropriate memorandum here, the Government further requests that the Court grant a brief

extension of three weeks, through and including November 19, 2007, to file the Government's *Crosby* remand submission, which is currently due on Monday, October 29, 2007. This is the Government's second request for an extension of time.

The Government has consulted with Bernard Kleinman, Esquire, attorney for defendant Patrice St. Surin, who has consented to the relief sought in this motion. To the extent the Court permits the defendant to file a reply to the Government's memorandum, the Government will have no objection to defense counsel being granted sufficient time to file such a reply.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT26654
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
(203) 579-5575 (fax)

## CERTIFICATION

I hereby certify that on October 25, 2007, a copy of the foregoing was sent by facsimile and first class mail to the following counsel of record:

Bernard V. Kleinman
Two Gannett Drive, Suite 102
White Plains, NY 10604-3404
914-644-6660
Fax: 914-644-6661

PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY