UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  3:00CR263(JCH) |
| | : | |
| v. | : | |
| | : | |
| PATRICE ST. SURIN | : | November 19, 2007 |

### MOTION ON CONSENT FOR EXTENSION OF TIME

    The United States of America, through its undersigned Assistant United States Attorney, hereby moves this Court for an order extending the time to file the Government's memorandum in connection with the pending *Crosby* remand proceeding.  The reason for this request is that the Government has requested a copy of the sentencing transcript from the court reporter and is awaiting a copy of that transcript.  The Government's filing would otherwise be due today.

    This is the Government's third request for extension of time.  The Government requests that the Court grant a brief extension of three weeks, through and including December 10, 2007, to file its memorandum.

    The Government has consulted with Bernard Kleinman, Esquire, attorney for defendant Patrice St. Surin, who has consented to the relief sought in this motion.

                                                       Respectfully submitted,

                                                       KEVIN J. O'CONNOR
                                                       UNITED STATES ATTORNEY

                                                       /S/
                                                       PAUL A. MURPHY
                                                       ASSISTANT UNITED STATES ATTORNEY
                                                       FEDERAL BAR NO. CT26654
                                                       UNITED STATES ATTORNEY'S OFFICE
                                                       915 LAFAYETTE BOULEVARD
                                                       BRIDGEPORT, CT 06604

**CERTIFICATION**

      I hereby certify that on November 19, 2007, a copy of the foregoing was sent by facsimile and first class mail to the following counsel of record:

Bernard V. Kleinman
Two Gannett Drive, Suite 102
White Plains, NY 10604-3404
914-644-6660
Fax: 914-644-6661

/S/_____
PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY