UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                             CRIMINAL ACTION NO.
                                               3:00CR0263 (JCH)
PATRICE ST. SURIN,
    Defendant.

APRIL 25, 2008

### ORDER TO SHOW CAUSE

The Defendant is hereby ORDERED to SHOW CAUSE, by June 20, 2008, why the defendant ought to be granted relief pursuant to 18 U.S.C. § 3582(c)(2) and 994(u), as well as Amendment 706 to the U.S.S. Guidelines.

The Government is to respond no later than July 21, 2008

The court has reviewed a supplemental Presentence Report prepared by the Probation Office that suggests the defendant is ineligible because the Amendment does not lower the applicable guideline range, U.S.S.G. 1B1.10, comment. (n.1.(A)).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 25th day of April, 2008.

                                            /s/ Janet C. Hall
                                            Janet C. Hall
                                            United States District Court