**FILED**

2008 JUL -9 A 11: 40

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | CRIM 3:00-cr-00263(JCH) |
| | : | |
| v. | : | |
| | : | |
| PATRICE ST. SURIN | : | July 8, 2008 |
| Defendant | : | |

## APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

Enter my appearance as counsel for Patrice St. Surin.

THE DEFENDANT
By His Attorney

_____
Jason P. Gladstone
46 Post Road East
Suite 1
Westport, CT 06880
Juris #10402
Phone:(203) 226-8055
Fax:  (203) 226-5081
E-mail: Jason@jgladstone.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed by first class, postage prepaid this 8th Day of July, 2008

Paul Murphy, Esq.
Assistant U.S. Attorney
915 Lafayette Blvd.
Bridgeport, CT 06604

_____
JASON P. GLADSTONE