UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff | : | CRIM 3:00-cr-00263(JCH) |
| | : | |
| v. | : | |
| | : | |
| PATRICE ST. SURIN | : | July 28, 2008 |
|     Defendant | : | |

## MOTION FOR EXTENSION OF TIME

The defendant, Patrice St. Surin, hereby requests an extension of time within which to respond to the Court's Order To Show Cause. [Doc. 1889] Undersigned counsel has recently been retained by the defendant to appear in connection with this matter and has filed an appearance on July 8, 2008. Undersigned counsel has contacted United States Probation Department Senior Probation Officer Raymond Lopez regarding this matter and has is awaiting a revised PSR regarding his eligibility for a reduction of his sentence. Counsel also requires additional time to research the issue, discuss the response to the Court's order with the defendant, and file an appropriate response to the Court's order. Accordingly, undersigned counsel seeks and extension to and including September 17, 2008, to respond to the Court's Order To Show Cause.

This is the defendant's second motion for extension of this deadline. The defendant's projected release date is July 2015, and it is unlikely that any reduction in his

sentence would result in release in 2008 or 2009; thus, this extension of time will not prejudice Mr. St. Surin.

                                            Respectfully submitted,

                                            The Defendant
                                            By His Attorney

                                        _____/s/_____
                                            Jason P. Gladstone, Esq.
                                            46 Post Road East
                                            Suite 1
                                            Westport, CT 06880
                                            Juris #10402
                                            Phone:(203) 226-8055
                                            Fax:  (203) 226-5081
                                            E-mail: Jason@jgladstone.com

<u>CERTIFICATION OF SERVICE</u>

I HEREBY CERTIFY that on July 28, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Jason P. Gladstone