UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:00CR00263(JCH) |
| v. | : | |
| PATRICE ST. SURIN | : | September 9, 2008 |

---

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Sarah A. L. Merriam, respectfully requests leave to withdraw as counsel for the defendant, Patrice St. Surin. In support of this motion, counsel states:

(1) On June 19, 2008, undersigned counsel appeared on behalf of Mr. St. Surin in connection with his motion for reduction of sentence under § 3582(c)(2) and the recent amendments to the Sentencing Guidelines for offenses involving crack cocaine

(2) On July 9, 2008, attorney Jason Gladstone entered an appearance on behalf of Mr. St. Surin. Mr. Gladstone informed undersigned counsel that Mr. St. Surin's family had retained him to act on Mr. St. Surin's behalf in this matter.

(3) On September 9, 2008, Mr. Gladstone filed a motion seeking a reduction in sentence on behalf of Mr. St. Surin.

As Mr. St. Surin now has other counsel appearing and acting on his behalf, the undersigned respectfully seeks leave to withdraw as counsel.

         Respectfully submitted,

         The Defendant,
         Patrice St. Surin

         Thomas G. Dennis
         Federal Defender


Dated: September 9, 2008      _____/s/_____
                Sarah A. L. Merriam
                Assistant Federal Defender
                265 Church Street, Suite 702
                New Haven, CT   06510
                Bar No. ct25379
                Phone: 203-498-4200
                Fax: 203-498-4207
                Email: sarah_merriam@fd.org


## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on September 9, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


              _____/s/_____
                Sarah A. L. Merriam